**Opinion issued November 21, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00150-CV

———————————

**TRISTAN HARRISON, Appellant**

**V.**

**ONE WESTFIELD LAKE, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1088470**

---

## MEMORANDUM OPINION

Appellant, Tristan Harrison, proceeding pro se, has failed to timely file her appellate brief. *See* TEX. R. APP. P. 38.6(a), (d), 38.8(a)(1). After the reporter's record was filed on May 23, 2017, the Clerk of this Court notified appellant that appellant's brief was due within thirty days of that notice. *See id.* 38.6(a)(2).

However, on May 26, 2017, the county clerk filed a supplemental clerk's record in this Court showing that the appellate record it mailed to appellant was returned.

On June 13, 2017, the Clerk of this Court notified appellant that his appeal was subject to dismissal for failure to timely file his appellate brief or a current mailing address and requested a response within 10 days of that notice. *See id.* 38.8(a)(1), 42.3(b). On June 20, 2017, the Clerk's notice was returned to this Court with the following notations marked on the envelope: "RETURN TO SENDER[,] NOT DELIVERABLE AS ADDRESSED[,] UNABLE TO FORWARD." Appellant neither timely filed his brief nor provided the Clerk of this Court with any other address. *See id.* 9.1(b) ("A party not represented by counsel must sign any document . . . and give the party's mailing address, telephone number, fax number, if any, and email address."); 38.8(a)(1), 42.3(c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Bland.